IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DAVID L. MEADOR,**

       **Plaintiff,**

**v.**                                      **No. CIV-06-1106 BB/LAM**

**WARDEN JOHNSON,**

       **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martinez' Proposed Findings and Recommended Disposition (*Doc. 27*), filed on October 9, 2007.  No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.  The Court has determined that it will adopt the Proposed Findings and Recommended Disposition (*Doc. 27*), grant Defendants' [sic] Motion and Memorandum in Support of Motion to Dismiss on the Basis of Qualified Immunity and on Other Grounds (Doc. 10), deny as moot Plaintiff's Motion for Injunction *(Doc. 3)* and Plaintiff's Motion to Compel Discovery *(Doc. 13)*, and dismiss all of Plaintiff's claims and this case with prejudice.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition (*Doc. 27*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Defendants' [sic] Motion and Memorandum in Support of Motion to Dismiss on the Basis of Qualified Immunity and on Other Grounds (*Doc. 10*) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunction *(Doc. 3)* and Plaintiff's Motion to Compel Discovery *(Doc. 13)*, are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims and this case be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**